## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In Re:                                          Case No:    08-50518

MARGIE YVONNE TUCKER
2255 GALENA AVE                                 Judge:      C KATHRYN PRESTON
ZANESVILLE, OH  43701


SSN(S):      XXX-XX-7260


### NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.


Dated:   June 21, 2010                  /s/ Frank M. Pees
                                        Frank M. Pees
                                        Chapter 13 Trustee




| **Name and Address** | **Amount** |
| --- | --- |
| AMERICAN HOME MORTGAGE SVC<br>PO BOX 631730<br>IRVING, TX  750631730 | 57.90 |